FILED

2021 OCT 13 AM 11:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

21MJ04700

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br><br>JIE LIN<br>DEFENDANT(S) | CASE NUMBER<br>21 CR 343<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **18 USC 371 + 18 USC 1956**
in the **SOUTHERN** ~~TBD~~ District of **NEW YORK** on **05/24/21**
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **05/24/21**
in violation of Title **18** U.S.C., Section(s) **371**
to wit: ____

A warrant for defendant's arrest was issued by: **HON BARBARA C. MOSES**

Bond of $ ____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10-13-21**
         Date

**J. W.** _____         **L. WILLIAM**
Signature of Agent         Print Name of Agent

**USMS** _____           **DEPUTY**
Agency                     Title